Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of percussion caps similar in all material respects to those the subject of *Gold-Silver & Co.* v. *United States* (36 Cust. Ct. 51, C.D. 1753), the claim of the plaintiffs was sustained.

No. 65704.—Pastene & Co., Inc. *v.* United States, protest 59/852 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the total weight of the olive oil contents and the containers was 33,670 pounds, the collector was directed to reliquidate the entry accordingly.

No. 65705.—Arnart Imports, Inc. *v.* United States, protests 59/26714, 59/28236, and 59/26715 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 65706.—Jay Willfred Co., Inc. *v.* United States, protest 60/26459 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

MAY 22, 1961

No. 65707.—SUIT 5010.—Inter Continental Equipment Co. and Rohner Gehrig & Co., Inc. *v.* United States.—

—C.D. 2090 affirmed February 6, 1961. C.A.D. 765.

BEFORE THE FIRST DIVISION, MAY 29, 1961

No. 65708.—F. H. Kaysing *v.* United States, protest 58/15962 (St. Louis).

OLIVER, Chief Judge: This protest relates to certain merchandise described on the invoice as "Level vial Units." It was classified by similitude in use to